AARON D. FORD
  Attorney General
ANDREA M. DOMINGUEZ, Bar No. 15209
  Deputy Attorney General
State of Nevada
Public Safety Division
100 N. Carson Street
Carson City, NV 89701-4717
Tel: (775) 684-1163
E-mail: adominguez@ag.nv.gov

*Attorneys for Defendants*
*James Dzurenda, William Gittere,*
*and William Reubart*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| KWAUYSHAUN WILLIAMS,<br><br>    Plaintiff,<br><br>v.<br><br>WILLIAM GITTERE, *et al.*,<br><br>    Defendants. | Case No.  3:19-cv-00091-MMD-CLB<br><br>**MOTION FOR EXTENSION OF TIME TO FILE MOTION FOR SUMMARY JUDGMENT** |

Defendants, James Dzurenda, William Gittere, and William Reubart, by and through counsel, Aaron D. Ford, Attorney General of the State of Nevada, and Andrea M. Dominguez, Deputy Attorney General, hereby move this Court for an extension of time file a Motion for Summary Judgment. This Motion is made and based upon Federal Rule of Civil Procedure 6(b)(1)(A), the attached Points and Authorities, the papers, and pleadings on file herein, and such other and further information as this Court may deem appropriate.

**MEMORANDUM OF POINTS AND AUTHORITIES**

**I.  ARGUMENT**

Defendants respectfully request an extension of time out from the current deadline (December 9, 2020) to file their Motion for Summary Judgment in this case. As the Court is aware, there is currently an outbreak of COVID-19 cases within the Nevada Department of Corrections (NDOC). Due to significant staffing issues, the Defendants

1

have been unable to obtain the necessary documentation from Ely State Prison (ESP). Due to the number of prison staff out on leave, Defendants have been unable to obtain the records needed for the Motion for Summary Judgment as most of the needed documents must be pulled and copied individually from the archives. Further, given that Williams has been moved quite a bit throughout the prison there are a voluminous number of documents to be tracked down and copied.

Federal Rule of Civil Procedure 6(b)(1) governs extensions of time and provides as follows:

> When an act may or must be done within a specified time, the court may, for good cause, extend the time: (A) with or without motion or notice if the court acts, or if a request is made, before the original time or its extension expires; or (B) on motion made after the time has expired if the party failed to act because of excusable neglect.

Defendants' request is timely and will not hinder or prejudice Williams's case. It will allow for a thorough opportunity to review the case through Summary Judgment and obtain the necessary supporting documents. It is to the benefit of both parties to obtain these records. Therefore, Williams is not prejudiced by a forty-five-day delay to obtain the documents. Defendants assert that the requisite good cause is present to warrant the requested extension of time. Therefore, the Defendants request an extension, until **January 22, 2021**, to file their Motion for Summary Judgment.

DATED this 8th day of December, 2020.

AARON D. FORD
Attorney General

IT IS SO ORDERED.

Dated: December 8, 2020

_____
UNITED STATES MAGISTRATE JUDGE

By: /s/Andrea M. Dominguez
ANDREA M. DOMINGUEZ, Bar No. 15209
Deputy Attorney General

*Attorneys for Defendants*

2

**CERTIFICATE OF SERVICE**

I certify that I am an employee of the Office of the Attorney General, State of Nevada, and that on this 8th day of December, 2020, I caused to be served a copy of the foregoing, **MOTION FOR EXTENSION OF TIME TO FILE MOTION FOR SUMMARY JUDGMENT**, by U.S. District Court CM/ECF Electronic Filing to:

Kwauyshaun Williams #1068122
Care of ESP Law Librarian
P.O. Box 1989
Ely, NV 89301
ESP_LawLibrary@doc.nv.gov
lcclawlibrary@doc.nv.gov

An employee of the
Office of the Attorney General