AARON D. FORD
  Attorney General
ANDREA M. DOMINGUEZ, Bar No. 15209
  Deputy Attorney General
State of Nevada
100 N. Carson Street
Carson City, NV 89701-4717
Tel: (775) 684-1163
E-mail: adominguez@ag.nv.gov

*Attorneys for Defendants
James Dzurenda, William Gittere,
and William Reubart*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| KWAUYSHAUN WILLIAMS,<br><br>           Plaintiff,<br><br>v.<br><br>WILLIAM GITTERE, *et al.*,<br><br>           Defendants. | Case No. 3:19-cv-00091-MMD-CLB<br><br>**STIPULATION AND ORDER OF DISMISSAL, WITH PREJUDICE** |

    IT IS HEREBY STIPULATED by and between Kwauyshaun Williams, in proper person, and Defendants James Dzurenda, William Gittere, and William Reubart, by and through counsel, Aaron D. Ford, Attorney General of the State of Nevada, and Andrea M. Dominguez, Deputy Attorney General, based upon the Settlement Agreement between the parties, that the above-captioned action should be dismissed with prejudice by order of this Court, with each party to bear their own costs.

///
///
///
///
///

1

\* \* \*

DATED this 12<sup>+</sup> day of August, 2021.        DATED this 12th day of August, 2021

/s/ _____
KWAUYSHAUN WILLIAMS
Plaintiff, *Pro Se*

AARON D. FORD
Attorney General

By: /s/ Andrea M. Dominguez
ANDREA M. DOMINGUEZ, Bar No. 15209
Deputy Attorney General
*Attorneys for Defendants*

IT IS SO ORDERED.

/s/ _____
U.S. DISTRICT JUDGE

DATED: __August 12, 2021__

**CERTIFICATE OF SERVICE**

I certify that I am an employee of the Office of the Attorney General, State of Nevada and that on this 12th day of August, 2021, I caused a copy of the foregoing, **STIPULATION AND ORDER OF DISMISSAL, WITH PREJUDICE,** to be served, by U.S. District Court CM/ECF Electronic Filing on the following:

Kwauyshaun Williams #1068122
Care of ESP Law Librarian
P.O. Box 1989
Ely, NV 89301
ESP_LawLibrary@doc.nv.gov

　　　　　　　　　　　　　　　　　　/s/ Cary Hall
　　　　　　　　　　　　　　　　　　An employee of the
　　　　　　　　　　　　　　　　　　Office of the Attorney General

2